1  **ADANTE D. POINTER, ESQ., SBN 236229**
2  **PATRICK BUELNA, ESQ., SBN 317043**
   POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
   Well Fargo Center
4  1901 Harrison St., Suite 1140,
   Oakland, CA 94612
5  Tel: 510-929-5400
   Site: LawyersFTP.com
6  Email: APointer@LawyersFTP.com
7  Email: PBuelna@LawyersFTP.com

8  Attorneys for Plaintiffs

9  **MAYALL HURLEY, P.C.**
   A Professional Corporation
10 2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
11 Telephone: (209) 477-3833
12 MARK E. BERRY, ESQ.
   CA State Bar No. 155091
13
14 Attorneys for Defendants,
   COUNTY OF SAN JOAQUIN; CHAD DOWNEY
15 (sued herein as C. DOWNEY); EMMANUEL FLORES
   (sued herein as E. FLORES); JOSE MENDEZ (sued herein as J. MENDEZ);
16 MARIO RODRIGUEZ (sued herein as M. RODRIGUEZ)

17                **IN THE UNITED STATES DISTRICT COURT**
18              **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| MARCO ORTIZ, an individual; | Case No.: 2:20-cv-00217-JAM-CKD |
| Plaintiff, | **ORDER ON STIPULATION FOR PROTECTIVE ORDER** |
| vs. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendant. | |

_____
[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER
Page 1

## **ORDER**

The Court, having considered the parties' STIPULATION FOR PROTECTIVE ORDER, and good cause appearing therefore, hereby approves the protective order as stipulated.

DATED:   July 31, 2020                                /s/ John A. Mendez
                                                                      HON. JOHN A. MENDEZ
                                                                      U.S. DISTRICT COURT JUDGE