1   ADANTE POINTER, ESQ., SBN 236229
2   PATRICK BUELNA, ESQ., SBN 317043
    POINTER & BUELNA, LLP
3   LAWYERS FOR THE PEOPLE
    Well Fargo Center
4   1901 Harrison St., Suite 1140,
    Oakland, CA 94612
5   Tel: 707-805-7805
6   Email:  APointer@LawyersFTP.com
    Email:  PBuelna@LawyersFTP.com
7
8   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12  MARCO ORTIZ,                    CASE NO.:  2:20-cv-00217-JAM-CKD

13        Plaintiff,
                                    STIPULATION AND ORDER TO EXTEND
14     v.                           DISCOVERY DATES

15  COUNTY OF SAN JOAQUIN, et al.,

16        Defendants

17

18

19

20

21

22

23

24

25

26

27

28

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,         STIPULATION AND ORDER
Oakland, CA 94612
Tel: (510) 929 - 5400                        1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties need additional time to complete remaining depositions.

WHEREAS, the parties' experts will need sufficient time to review deposition transcripts.

WHEREAS, the parties met and conferred and agreed to extend discovery dates by approximately 30 days without changing the dispositive motion deadline, hearing or pretrial and trial date;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 16, 2021 |
| Expert Witness Disclosures: | May 14, 2021 |
| Rebuttal Expert Witness Disclosures: | May 28, 2021 |
| Dispositive Motion Hearing | September 14, 2021 |
| Pretrial Conference | October 29, 2021 |
| Trial | January 10, 2022 |

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | August 16, 2021 |
| Expert Witness Disclosures: | June 14, 2021 |
| Rebuttal Expert Witness Disclosures: | June 28, 2021 |
| Dispositive Motion Filing Deadline | September 24, 2021 |
| Dispositive Motion Hearing | November 16, 2021 at 1:30 PM |
| Pretrial Conference | January 28, 2022 at 10:00 AM |
| Trial | March 14, 2022 at 9:00 AM |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER

2

1

2    IT IS SO AGREED.

3    Dated:  April 14, 2021

4

5                                              /s/_Patrick M. Buelna____
                                               PATRICK M. BUELNA
6                                              Attorney for Plaintiff

7
     Dated:  April 14, 2021
8

9                                              /s/ Mark Emmett Berry____
                                               MARK EMMETT BERRY
10                                             Attorney for Defendants

11

12        **IT IS SO ORDERED.**

13

14

15   Dated:  April 15, 2021              /s/ John A. Mendez
                                         ─────────────────────────────
16                                       THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,            STIPULATION AND ORDER
Oakland, CA 94612
Tel: (510) 929 - 5400                          3