ADANTE POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 707-805-7805
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ORTIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants | CASE NO.: 2:20-cv-00217-JAM-CKD<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DATES |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER

1

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiff's counsel will be in trial and needs additional time to disclose Plaintiff's expert witnesses and timely rebut Defendants' expert witnesses if necessary.

WHEREAS, the parties met and conferred and agreed to extend discovery dates by approximately seven (7) days without changing the dispositive motion deadline, hearing, or pretrial and trial date;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Expert Witness Disclosures: | June 14, 2021 |
| Rebuttal Expert Witness Disclosures: | June 28, 2021 |

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Expert Witness Disclosures: | June 21, 2021 |
| Rebuttal Expert Witness Disclosures: | July 05, 2021 |

IT IS SO AGREED.

Dated: May 24, 2021

                                                            /s/ Patrick M. Buelna
                                                            PATRICK M. BUELNA
                                                            Attorney for Plaintiff

Dated: May 24, 2021

                                                            /s/ Mark E. Berry
                                                            MARK EMMETT BERRY
                                                            Attorney for Defendants

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER

2

**IT IS SO ORDERED.**

Dated:  May 24, 2021                    /s/ John A. Mendez
                                        ———————————————————————
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER

3