1  **MAYALL HURLEY, P.C.**
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091
   SHANE M. HOOVER, ESQ.
5  CA State Bar No. 327133

6  Attorneys for Defendants,
   COUNTY OF SAN JOAQUIN; CHAD DOWNEY
7  (sued herein as C. DOWNEY); EMMANUEL FLORES
   (sued herein as E. FLORES); JOSE MENDEZ (sued herein as J. MENDEZ);
8  MARIO RODRIGUEZ (sued herein as M. RODRIGUEZ)

9

10 **ADANTE D. POINTER, ESQ. (SBN 236229)**
   **PATRICK BUELNA, ESQ. (SBN 317043)**
11 POINTER & BUELNA, LLP
   LAWYERS FOR THE PEOPLE
12 155 Filbert Street, Suite 208
   Oakland, CA  94607
13 Tel: (510) 929-5400
   Email: APointer@LawyersFTP.com
14 Email: PBuelna@LawyersFTP.com

15 Attorneys for Plaintiff,
   MARCO ORTIZ
16

17              UNITED STATES DISTRICT COURT
18
                FOR THE EASTERN DISTRICT OF CALIFORNIA
19

20 | MARCO ORTIZ,                                    | ) Case No. 2:20-cv-00217-JAM-CKD |
   |                                                 | ) |
21 |                 Plaintiff,                      | ) **STIPULATION AND ORDER** |
   |                                                 | ) **SETTING SETTLEENT** |
22 | vs.                                             | ) **CONFERENCE DATE** |
   |                                                 | ) |
23 | SAN JOAQUIN COUNTY, a municipal                 | ) |
   | corporation; J. MENDEZ, individually and in     | ) |
24 | his capacity as a sheriff deputy for the SAN    | ) |
   | JOAQUIN Sheriff Department; E. FLORES,          | ) |
25 | individually and in his capacity as a sheriff   | ) |
   | deputy for the SAN JOAQUIN Sheriff              | ) |
26 | Department; M. RODRIGUEZ, individually          | ) |
   | and in his capacity as a sheriff deputy for the | ) |
27 | SAN JOAQUIN Sheriff Department; C.              | ) |
   | DOWNEY, individually and in his capacity        | ) |
28

---
Page 1
STIPULATION AND ORDER SETTING SETTLEMENT CONFERENCE DATE

as a sheriff deputy for the SAN JOAQUIN Sheriff Department; and DOES 1-50, inclusive. )
)
)
)
Defendants.       )

Pursuant to Local Rule 270, the parties have met and conferred and have agreed to the appointment of Magistrate Judge Kendall J. Newman to act as settlement conference judge. The parties have agreed and met and conferred with Judge Newman and the settlement conference has been scheduled for June 1, 2022 at 9:00 AM.

IT IS SO STIPULATED.

DATED: February 1, 2022            **MAYALL HURLEY, P.C.**

By     /s/ Mark E. Berry
         MARK E. BERRY
         SHANE M. HOOVER
         Attorney for Defendants
         COUNTY OF SAN JOAQUIN; CHAD
         DOWNEY (sued herein as C. DOWNEY);
         EMMANUEL FLORES (sued herein as E.
         FLORES); JOSE MENDEZ (sued herein as
         J. MENDEZ); MARIO RODRIGUEZ
         (sued herein as M. RODRIGUEZ)

DATED: February 1, 2022            **POINTER & BUELNA, LLP**

By /s/ Patrick Buelna (as authorized on 2/01/22)
         PATRICK BUELNA
         Attorneys for Plaintiff,
         MARCO ORTIZ

**ORDER**

Having reviewed the parties' stipulation and good cause appearing therefore, the court hereby appoints Magistrate Judge Kendall J. Newman as settlement conference judge.

IT IS SO ORDERED.

DATED: February 1, 2022        /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE